UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PIGGLY WIGGLY ALABAMA DISTRIBUTING CO., INC., } | |
| Plaintiff, } | |
| v. } | Case No.: 2:14-cv-01225-RDP |
| JAMES H. OWENBY, JR., et al., } | |
| Defendants. } | |

**MEMORANDUM OPINION**

On January 23, 2015, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. No objections were filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge that Plaintiff's Motion for Default Judgment (Doc. 23), pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, is due to be granted and judgment is due to be entered in the amount of $479,758.32, including accrued interest, collection costs, and attorneys' fees.

A separate order in accordance with this Memorandum Opinion will be entered.

**DONE** and **ORDERED** this March 10, 2015.

_____
R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE